IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANDREW L. HORTON**                                                                                     **PLAINTIFF**

**v.**                                      **Case No. 4:13-cv-00147 KGB**

**ERIK K. SHINSEKI,**
**Secretary of Veterans Affairs**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order and Opinion entered on this day, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed. The relief sought is denied. Mr. Horton's race discrimination and retaliation claims are dismissed with prejudice. Mr. Horton's sex discrimination and harassment claims are dismissed without prejudice.

SO ADJUDGED this 17th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE